IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MONICA CENICEROS, natural mother and next friend of DAYAMI CENICEROS, a minor,**

    Plaintiff,

v.                                                                           No. 14-cv-0706 SMV/LAM

**CITY OF PORTALES, PORTALES POLICE DEPARTMENT, and TODD MOORE,**

    Defendants.

### ORDER SETTING IN-PERSON FAIRNESS HEARING

**Date and time**:        October 8, 2015, at 2:00 p.m.

**Matter to be heard**:  Joint Motion for Approval of Settlement [Doc. 54].

    **IT IS ORDERED** that an in-person hearing on the Joint Motion for Approval of Settlement [Doc. 54] is set for **October 8, 2015, at 2:00 p.m.** in the Doña Ana Courtroom on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**