UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**MONICA CENICEROS, natural mother and**
**next friend of DAYAMI CENICEROS, a minor,**

       **Plaintiff,**

**v.**                                                **No. CIV-14-00706 SMV/LAM**

**CITY OF PORTALES; and PORTALES POLICE**
**DEPARTMENT,**

       **Defendants.**

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER came before the Court on October 8, 2015, for a fairness hearing on the settlement of the claims of the minor Dayami Ceniceros. The Court, having heard argument of counsel, reviewed the pleadings and record on file, reviewed the Settlement Agreement and Release, having heard testimony from Monica Ceniceros, the natural mother of Dayami Ceniceros, and being otherwise sufficiently advised in the premises, hereby concludes that the matter is well taken and FINDS as follows:

The settlement of the minor child Dayami Ceniceros, as outlined in the *Guardian Ad Litem's* Report and as outlined in Exhibit A, attached hereto, is fair, reasonable, and in the best interests of the minor child Dayami Ceniceros, and should therefore be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the terms set forth in the Settlement Agreement and Release, the *Guardian Ad Litem's* Report, and Exhibit A, attached hereto, are hereby approved as being fair, reasonable,

and in the best interests of the minor child Dayami Ceniceros.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

THE LINDSEY LAW FIRM, LLC


By **Electronically Approved on 10/08/15**
    Daniel R. Lindsey, Esquire
    Brett J. Carter, Esquire
    920 Mitchell St.
    Clovis, NM 88101
    575) 763-8900
*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By **Electronically Submitted on 10/09/15**
    Bryan Evans
    Post Office Drawer 700
    Roswell, NM 88202-0700
    (575)   622-6221
*Attorneys for Defendant*

2