IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONICA CENICEROS, natural mother and
next friend of DAYAMI CENICEROS, a minor,

    Plaintiff,

v.                                No. 14-cv-0706 SMV/LAM

CITY OF PORTALES, PORTALES POLICE
DEPARTMENT, and TODD MOORE,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a hearing held before the Court on October 8, 2015.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **November 12, 2015**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**