# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**MONICA CENICEROS, natural mother and
next friend of DAYAMI CENICEROS, a minor,**

      **Plaintiff,**

**v.**                                      **No. CIV-14-00706 SMV/LAM**

**CITY OF PORTALES; and PORTALES POLICE
DEPARTMENT,**

      **Defendants.**

## ORDER OF DISMISSAL OF
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss her Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

THE LINDSEY LAW FIRM, LLC


By__**Electronically Approved on 10/14/15**__
     Daniel R. Lindsey, Esquire
     Brett J. Carter, Esquire
     920 Mitchell St.
     Clovis, NM 88101
     575) 763-8900
*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By__**Electronically Submitted on 10/14/15**__
     Bryan Evans
     Barbara Evans
     Post Office Drawer 700
     Roswell, NM 88202-0700
     (575)   622-6221
*Attorneys for Defendant*